UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPONTANA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>AMERICAN TALENT AGENCY, INC.,<br><br>　　　　　　　Defendant. | 9 Civ. 3698 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Mr. Huebscher shall submit a proposed order to show cause why Mr. Rajkumar should not be held in contempt for his failure to comply with the Court's prior orders, including the December 10, 2020 order approving the amended settlement terms (dkt. no. 238) and the October 21, 2019 order setting forth the reporting and funding requirements (dkt. no. 231).

　　**SO ORDERED.**

Dated:　　New York, New York
　　　　　January 29, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　Senior United States District Judge