UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

SPOTNANA INC.,

       Plaintiff-Judgment Creditor,

       - against -

AMERICAN TALENT AGENCY, INC.,

       Defendant-Judgment Debtor,

       - and -

YUGESHWAR RAJKUMAR,

       Judgment Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:09-cv-03698-LAP

**SATISFACTION OF JUDGMENT**

WHEREAS, a second amended judgment was entered in the above action on the 18th day of June 2015 in favor of plaintiff Spotnana Inc. and against defendant American Talent Agency, Inc., Yugeshwar Rajkumar and Kayvana Entertainment, LLC in the amount of $244,710 plus interest from the 18th day of June 2015 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      June 16, 2022

                    LAW OFFICES OF ANDREW P. SAULITIS P.C.

                    By: _Andrew P. Saulitis_
                    Andrew P. Saulitis
                    *Attorneys for Plaintiff Spotnana Inc.*
                    40 Wall Street-37th Floor
                    New York, New York 10005
                    (212) 459-0900
                    apslaw@msn.com

SDNY Web 3/2018

## DECLARATION

This declaration is made pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Civil Rule

1.9(a) by Andrew P. Saulitis, as follows. I am the principal of the Law Offices of Andrew P.

Saulitis P.C., attorneys for plaintiff Spotnana Inc. in the above-entitled action, and declare under

penalty of perjury that the matters stated above are true and correct.

Executed on June 16, 2022, New York, New York

_____
Andrew P. Saulitis

### Acknowledgement

State of Connecticut
County of Fairfield

On the 15ᵗʰ day of September 2022, before me, the undersigned notary public, personally appeared Andrew P. Saulitis, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public



**PAULA A BANNON**
Notary Public, State of Connecticut
My Commission Expires June 30, 2027

SDNY Web 3/2018